IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DARRYL DEVEAUX, | : | |
| | : | |
| Petitioner, | : | CASE NO. |
| v. | : | 5:01-CR-11 (CAR) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ORDER ON THE RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the United States Magistrate Judge's Recommendation [Doc. 30] that Petitioner Darryl Deveaux's Motion to Vacate his Sentence pursuant to 28 U.S.C. § 2255 be denied. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.** Petitioner's Motion is **DISMISSED,** and a certificate of appealability is hereby **DENIED.**

SO ORDERED, this 6th day of February, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES